800

No. 881. BELL *v.* MULCAHY, SHERIFF. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Robert E. Bryant* for petitioner.

No. 890. MEMOLO *v.* UNITED STATES. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Robert T. McCracken, Stanley F. Coar* and *C. Russell Phillips* for petitioner. *Solicitor General McGrath, Sewall Key* and *J. Louis Monarch* for the United States.

No. 1003. CHAPMAN ET AL. *v.* KING. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Charles J. Bloch* for petitioners. *Harry S. Strozier* for respondent.

No. 813. NEW YORK EX REL. BISTANY *v.* FOSTER, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 861. TOLEDO *v.* RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 865. HARDWICK *v.* RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 866. CASTIGLIONE *v.* RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.